STATE of Minnesota, Respondent,

v.

Kathi Ann CHRISTIANSEN, Appellant.

No. C2–93–1165.

Supreme Court of Minnesota.

April 19, 1994.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition of Kathi Ann Christiansen for further review be, and the same is, denied. However, we disagree with the court of appeals' conclusion that the trial court properly refused to let defense counsel cross-examine an admitted but uncharged accomplice to the issue whether she had ever faced criminal charges as a result of her involvement. We believe that there was error but it was nonprejudicial.